**Order entered September 11, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00383-CV

### MID-CONTINENT CASUALTY COMPANY, Appellant

### V.

### VANESSA CASTAGNA, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 2012-15701**

## ORDER

The Court has before it appellant Mid-Continent Casualty Company's August 30, 2013 unopposed motion for extension of time to file a motion for rehearing. We **GRANT** the motion and **ORDER** that any motion for rehearing is due to be filed on or before **September 19, 2013**.

/s/     ROBERT M. FILLMORE
          JUSTICE